# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 10, 2014

Robert P. Young, Jr.,
Chief Justice

150160-1(55)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ELDON E. JOHNSON, as Trustee of the PAMELA
B. JOHNSON TRUST,
        Plaintiff-Appellant,

v

SC: 150160-1
COA: 315397; 316024
Charlevoix CC: 11-084523-CH

JAMES ANDERSON, PATRICIA ANDERSON,
APJ PROPERTIES, LLC, and CITY OF
CHARLEVOIX,
        Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of plaintiff-appellant for leave to file a reply brief in excess of the page limit restriction is GRANTED. The reply brief submitted on December 2, 2014, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014

